UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE GETAWAY 151, LLC,

           Plaintiff,

  -against-

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,

           Defendant.
-----------------------------------------------------------------x

Docket No. 1:25-cv-02975

**NOTICE OF MOTION TO AMEND THE COMPLAINT and to REMAND THE MATTER TO STATE COURT**

    PLEASE TAKE NOTICE that Daniel Hirschel, counsel for Plaintiff, The Getaway 151 LLC, brings this Motion to Amend the Complaint, pursuant to FRCP 15, and upon granting leave to amend, Remand the Matter to State Court, pursuant to 28 U.S. Code 1447(e). Together with this Notice of Motion is the accompanying Declaration of Daniel Hirschel, dated August 20, 2025, including exhibits attached thereto, the Affidavit of David Shargani, sworn to August 20, 2025, including exhibits attached thereto, and the Memorandum of Law in Support of Plaintiff's Motion.

    PLEASE TAKE FURTHER NOTICE that the motion will be heard or submitted on a date to be set by the Honorable Court.

Dated: Kew Gardens, New York
       August 20, 2025

HIRSCHEL PLLC
Attorney for Plaintiff

By: _/s/Daniel Hirschel_
    Daniel Hirschel, Esq.
124-19 Metropolitan Avenue
Kew Gardens, New York 11415
(516) 742-7070 Tel
(516) 742-7040 Fax

The Court has received plaintiff's motion to amend the Complaint to add a party to this action and remand the case to state court. Dkt. 18. Defendant is directed to file any opposition by September 22, 2025. No reply is invited.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Date: September 8, 2025