# HIRSCHEL PLLC
124-19 Metropolitan Avenue
Kew Gardens, New York 11415

Tel: (516) 742-7070                                                    Fax: (516) 742-7040

February 23, 2026

*via* **ECF**
Hon. Judge Paul A. Engelmayer, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 100074

Re: The Getaway 151 LLC v. Ace Property & Casualty Insurance Company
United States District Court for the Southern District of New York
Case No. 1:25-cv-02975

Dear Hon. Judge Paul A. Engelmayer:

This office represents the Plaintiff The Getaway 151 LLC ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Order to Show Cause on February 17, 2026, this office writes this Court to explain the failure to comply and requests an Amended Order granting an extension of time to file and serve the Supplemental Summons and Amended Complaint for an additional week to ten days.

Simply stated, law office failure and error is the reason that Plaintiff did not comply with the Order dated October 14, 2025. I am a solo practitioner with no additional support staff. Shortly after the Court granted Plaintiff's motion to amend the Complaint, my mother suffered multiple severe medical issues, which required multiple hospitalizations, surgeries and facilities. During this time, I must have inadvertently marked this matter closed in my records, which would remove the deadlines off my To-Do calendar; thereby causing time to pass without even realizing a lack of compliance with the Court's instructions. Under no circumstances was it the intention of the Plaintiff, or this office, to disregard the Court-ordered instructions included in the October 14, 2025 Order.

I humbly ask the Court, given the lack of prejudice to any party, that Plaintiff be granted an amendment of the October 14, 2025 Order, granting Plaintiff an additional week to ten days to file and serve the Amended Complaint. I humbly ask the Court not impose an Order that would adversely affect the Plaintiff (or its rights) due to the error of my office that occurred as a result of a mistake made by accident at a time when I was dealing with a family matter and inadvertently closed this matter and took all future dates off my calendar. I have now reopened this matter and am prepared to comply fully with any instructions or orders of the Court.

*Case No. 1:25-cv-02975*
*February 23, 2026*
*Page 2 of 2*

      I thank the Court for the opportunity to respond to its Order to Show Cause, and its attention and consideration to the application requested herein. Should the Court require any additional documents or information, please do not hesitate to contact the undersigned.

HIRSCHEL LAW FIRM, P.C.

By: /s/ *Daniel Hirschel, Esq.*
     Daniel Hirschel, Esq.

GRANTED.  The deadline to file and serve an amended complaint is extended to **March 10, 2026**.  The Court wishes counsel's mother a speedy recovery.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Date: February 24, 2026
New York, New York