UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GETAWAY 151, LLC,

Plaintiff,

-v-

ACE PROPERTY & CASUALTY INS CO.,

Defendants.

25 Civ. 2975 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 5, 2025, plaintiff The Getaway 151, LLC ("Getaway") moved for leave to amend the Complaint to add defendant INC Insurance Services ("INC") and remand this matter to state court because Getaway and INC are both citizens of New York, thus destroying diversity jurisdiction. Dkt. 18 ("motion to amend"). On October 14, 2025, the Court granted the motion. Dkt. 23. The Court directed Getaway to file and serve an amended complaint within 30 days and, upon filing and service, directed the Clerk of Court to remand the case to the Supreme Court of New York (New York County). *Id.* at 8. Getaway failed to do so. On February 17, 2026, the Court ordered Getaway to show cause why this action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Dkt. 24.

On March 3, 2026, Getaway filed the Amended Complaint, which adds INC as a party but does not allege that INC is a citizen of New York. Dkt. 27 ("AC") ¶ 3 (alleging INC "is a domestic corporation duly organized and existing under the laws of Pennsylvania"). Accordingly, the Court directs Getaway to file a letter on the docket by **March 9, 2026** stating (1) whether the motion to amend incorrectly represented INC's citizenship, and (2) Getaway's view as to whether remand is still appropriate due to lack of subject matter jurisdiction.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2026
       New York, New York

2